AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, *Plaintiff(s)* <br> v. <br> PRIME FUNDING GROUP INC., and DOES 1 through 10, inclusive, and each of them, *Defendant(s)* | Civil Action No. 2:21-cv-00406-MWF-SKx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PRIME FUNDING GROUP INC.
42 Esmond Avenue
Melville, New York 11747

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Todd M. Friedman
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/15/2021                                    *Carmen Lujan*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Terry Fabricant, et al v. Prime Funding Group, et al
was received by me on *(date)* 1/21/2021

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because  address is a gated residentail community with no listing for defendant

☐ Other *(specify)*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1/27/2021

_____
Server's signature

Kevin Miller
Printed name and title

6851 Jericho Tpke, Suite 180, Syosset, NY 11791
Server's address

Additional information regarding attempted service, etc:

1/22/2021  5:15pm GATED RESIDENTIAL COMMUNITY. NO LISTING FOR DEFENDANT CORPORATION ACCORDING TO SECURITY

2101609